LAND v. MAHONEY et al. (Circuit Court of Appeals, Fourth Circuit. November 26, 1901.) No. 432. Appeal from the District Court of the United States for the Eastern District of Virginia. W. G. Pilkinton, for appellant. G. M. Dillard, for appellees. Before GOFF and SIMONTON, Circuit Judges, and JACKSON, District Judge.

PER CURIAM. We see no error in the decision reached by the court below. Its decree is affirmed, without prejudice, however, to any question the bankrupt may make as to his right of homestead, and without prejudice to any

claim W. G. Pilkinton, trustee, may have against the proceeds of the sale of the goods sold by him as trustee under the assignment. These proceedings are referred to the court of bankruptcy.